# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON WILSON,<br><br>    Defendant and Judgment Debtor.<br><br>KEY SAFETY SYSTEMS, INC.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No.: 1:19-mc-00080-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING REQUEST FOR FINAL ORDER OF GARNISHMENT<br><br>(ECF Nos. 1, 7, 8) |

On October 7, 2019, to collect restitution owed by Defendant and Judgment Debtor Jason Wilson ("Defendant"), the Government filed an application for a writ of continuing garnishment of the wages of Defendant through the Garnishee Key Safety Systems, Inc. ("Garnishee"). (ECF No. 1.) On November 22, 2019, the United States filed a request for a findings and recommendations for a final order of garnishment. (ECF No. 7.) The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(7). On December 6, 2019, the magistrate judge filed a findings and recommendations recommending that the final order of garnishment be granted. (ECF No. 8.) The findings and recommendations was served on the parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days from the date of service.[1] The period for filing objections has passed and no objections have been filed.

---

[1] The United States served a copy of the findings and recommendations on the Defendant and on the Garnishee on December

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed December 6, 2019 (ECF No. 8), is ADOPTED IN FULL;

2. The United States' request for findings and recommendations for final order of garnishment is GRANTED;

3. Garnishee Key Safety Systems, Inc., is directed to pay the Clerk of the United States District Court 25% of Defendant Jason Wilson's ongoing and non-exempt disposable wages, earnings, commissions, and bonuses;

4. Garnishee Key Safety Systems, Inc., is directed to pay the Clerk of the United States District Court the amount of non-exempt disposable wages, earnings, commissions, and bonuses already withheld as a result of the writ, within fifteen (15) days of the filing of the Final Order;

5. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (1:14-CR-00187-DAD-BAM) shall be stated on the payment instrument;

6. Garnishee Key Safety Systems, Inc., shall garnish $7,591.51 of Jason Wilson's non-exempt disposable wages, earnings, commissions, and bonuses, representing the litigation surcharge, once the judgment balance of $75,915.10 is satisfied. Garnishee shall pay the litigation surcharge to the United States Department of Justice via a single payment within twenty (20) days of the garnished wages accumulating to the $7,591.51 surcharge amount;

---

6, 2019. (ECF No. 9.)

7. To make its payment to the Department of Justice, Garnishee Key Safety Systems, Inc., shall deliver a cashier's check, money order or company draft in the sum of $7,591.51, made payable to the "United States Department of Justice" and mailed overnight to the U.S. Bank Government Lockbox, Attn: DOJ Production Manager/Box 790363, 1005 Convention Plaza, SL-MO-C2G1, St. Louis, MO 63101. The check shall state "CDCS Number 2015A73324" on the face of the check;[2]

8. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

9. This garnishment shall be terminated when: (1) the United States seeks to terminate the writ; or (2) when the judgment and litigation surcharge are fully satisfied;

10. The Government shall serve a copy of this order on Defendant Jason Wilson and file notice of service within **three (3) days** from the date of entry of this order on the docket; and

11. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated: January 13, 2020

_____
SENIOR DISTRICT JUDGE

---

[2] The language of paragraphs 6 and 7 of this order differ from the December 6, 2019 findings and recommendations in a non-substantive manner to correct for instructions related to payment of the surcharge.