# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON WILSON,<br><br>    Defendant and Judgment Debtor. | Case No.: 1:19-mc-00080-AWI-SAB<br><br>ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT<br><br>(ECF No. 14) |
| KEY SAFETY SYSTEMS, INC.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | |

On October 8, 2019, the Court issued a writ of continuing garnishment. (ECF No. 3.) On January 14, 2020, the Court adopted findings and recommendations recommending granting the United States of America's request for a final order of garnishment. (ECF No. 11.) On November 16, 2020, a notice of termination of Defendant's employment was filed. (ECF No. 13.) On December 31, 2020, Plaintiff filed a request pursuant to 28 U.S.C. § 3205(c)(10)(B) for an order terminating the writ of continuing garnishment and closing this action. (ECF No. 14.) The Court finds good cause to grant the Government's request. However, while the Government requests this action be closed, the Court's January 14, 2020 order already closed this matter, with the caveat that the Court would retain jurisdiction to resolve matters through ancillary proceedings, if necessary. (ECF No. 11 at 3.)

/ / /

Accordingly, IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 3205(c)(10)(B), the writ of continuing garnishment (wages) previously issued against Defendant/Judgment Debtor, Jason Wilson, on October 8, 2019, is hereby TERMINATED.

IT IS SO ORDERED.

Dated:   February 8, 2021                           _____
                                                    SENIOR  DISTRICT  JUDGE